## UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CAROLYN LUBY, ET AL.,

V.    **SUMMONS IN A CIVIL CASE**

UNIVERSITY OF CONNECTICUT,

CASE NUMBER: 3:13-CV-01605-MPS

TO: **University of Connecticut**
Defendant's Address:
Susan Herbst, President
Office of the President
University of Connecticut
352 Mansfield Road, Unit 1048
Storrs, CT 06269-1048

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Nina Therese Pirrotti**
**Garrison Levin-Epstein Richardson Fitzgerald & Pirrotti PC**
**405 Orange St.**
**New Haven, CT 06511**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ − T. Oliver

_____
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2013-11-04 12:22:42.0**, Clerk
USDC CTD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **University of Connecticut**
was received by me on *(date)* **November 6, 2013**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Margaret Q. Chapple, Associate Attorney General, State of CT,** who is
designated by law to accept service of process on behalf of *(name of organization)*
**University of Connecticut** on *(date)* **November 12, 2013**; or

☐ I returned the summons unexecuted because _____
_____; or

☐ Other *(specify)* _____
_____
_____

My fees are $ **35.03** for travel and $ **30.00** for services, for a total of $ **144.03**
**$79.00 for pages**

I declare under penalty of perjury that this information is true.

Date: **11/12/13**

*Server's signature*

**JOHN G. CRONIN
CT STATE MARSHAL**
*Printed name and title*
**TOLLAND COUNTY
P.O. BOX 485
TOLLAND, CT 06084
(860) 985-0427**
*Server's address*

Additional information regarding attempted service, etc:

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  15th  day of November, 2013, a copy of the foregoing **Return of Service** was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

/s/ Nina T. Pirrotti
Nina T. Pirrotti
Fed. Bar No.: ct26792
GARRISON, LEVIN-EPSTEIN, RICHARDSON,
    FITZGERALD & PIRROTTI, P.C.
405 Orange Street
New Haven, CT  06511
Phone: (203) 777-4425
Fax: (203) 776-3965
npirrotti@garrisonlaw.com